UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
FEB 2 0 2015
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| LAURA J. MAKRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 12-0520 (BAH) |
| | ) |
| THOMAS E. PEREZ, | ) |
| Secretary Of Labor | ) |
| U.S. Department of Labor | ) |
| 200 Constitution Avenue, N.W., | ) |
| Washington, DC 20210 | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

1. Has Plaintiff Laura J. Makray proven, by a preponderance of the evidence, that Defendant U. S. Department of Labor discriminated against her because she is a woman by not selecting her as Director of the Office of Audit Quality Assurance in January of 2011 and instead selecting Melvin Reid?

    __X__ YES          _____ NO

*If you answered "YES" to Question 1, proceed to Question 2.*
*If you answered "NO" to Question 1, your deliberations are over and the foreperson should sign and date the verdict form.*

2. If you find for the plaintiff, state the amount of compensatory damages, even if nominal, that you award to the plaintiff.

    Amount $ __200,000.00__

DATED: February 20, 2015          _____
                                   Signature of Foreperson