Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

LAURA J. MAKRAY

    Plaintiff(s)

V.

    Civil Action No.   12-520 (BAH)

THOMAS E. PEREZ

    Defendant(s)

## JUGDMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable BERYL A. HOWELL, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

LAURA J. MAKRAY

have and recover of and from the defendant(s):

THOMAS E. PEREZ

the sum of $200,000.00.

together with costs.

ANGELA D. CAESAR, Clerk

Dated: 2/20/2015     By: Teresa Gumiel
    Deputy Clerk